**The RAVENEL COMPANY, Inc., Plaintiff-Appellee-Cross Appellant,**

v.

**Wilson P. ABRAHAM, Defendant-Appellant-Cross Appellee.**

**No. 30954.**

United States Court of Appeals, Fifth Circuit.

May 6, 1971.

M. Aubrey McCleary, Jr., McCollister, Belcher, McCleary & Fazio, Baton Rouge, La., for defendant-appellant-appellee.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Senior Circuit Judge, 6th Circuit, sitting by designation.

1. *See* NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.

R. W. Williams, Jr., H. K. Sweeney, Baton Rouge, La., for plaintiff-appellee-appellant.

Before GOLDBERG, GODBOLD and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]